IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JEFFREY C. HINTON                                                                                             PLAINTIFF

VS.                                                                      CIVIL ACTION NO. 2:05cv53KS-JMR

UNUM PROVIDENT CORPORATION a.k.a
UNUM LIFE INSURANCE COMPANY OF AMERICA                        DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing, and the Court being advised that the same has been compromised and settled to the satisfaction of all parties and that there remain no issues to be litigated by or between the parties nor adjudicated or determined by the Court, it is

ORDERED AND ADJUDGED that this cause be, and the same hereby is, dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 24th day of August, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE

AGREED:

   s/Roger D. Lott, Jr.   
Attorney for Plaintiff


   s/Ford Bailey   
Attorney for Defendants

C:\Documents and Settings\731\Local Settings\Temp\notesFFF692\~3436263.wpd